TRULINCS 22901408 - REID, SANKEY JIM - Unit: VIM-B-U

----------------------------------------------------------------------------------------------------

FROM: 22901408
TO: FCI-I Units A and B
SUBJECT: ***Request to Staff*** REID, SANKEY, Reg# 22901408, VIM-B-U
DATE: 04/05/2018 06:45:00 PM

To: REQUEST FOR JUDGMENT & COMMITMENT
Inmate Work Assignment: 3:14-CR-08086-001-PCT-DLR

SANKEY REID, USM 22901-408
PO BOX 3725
ADELANTO CA 92301

CLERK, USDC, DISTRICT OF ARIZONA
401 WEST WASHINGTON ST
PHOENIX AZ 85003

RE: USA v Reid 3:14-CR-08086-001
RE: Request for Three (3) Certified Copies of my Judgment and Commitment Order; Affidavit of Indigency.

I, Sankey Reid, am an indigent federal inmate. I have an account balance of less than $1.00 as of 4 April 2018. I respectfully request three certified copies of my Judgment and Commitment Order at no cost because I can not afford to pay the copy fees. Thank you.

Under Oath and Penalty of Perjury per 28 USC 1746.

SANKEY REID

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 5.4, 7.1(a)(1),(2),(3), 7.1(b)(1)
(Rule Number/Section)