# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-08086-001-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Sankey Jim Reid, | |
| Defendant. | |

Before the Court is defendant's request for three (3) certified copies of his judgment and commitment order without paying the associated fees. With no good cause showing;

**IT IS ORDERED** denying defendant's request (Doc. 61).

Dated this 19th day of April, 2018.

_____
Douglas L. Rayes
United States District Judge